**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robin M. Duttry | CHAPTER 7 |
| | BKY. NO. 19-70376 JAD |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                      Respectfully submitted,

                      **/s/James C. Warmbrodt, Esquire**
                      James C. Warmbrodt, Esquire
                      Attorney I.D. No. 42524
                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      412-430-3594
                      jwarmbrodt@kmllawgroup.com