**Form RSC**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19–70376–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Robin M. Duttry
   801 E Drake Road, Apt. 100
   Fort Collins, CO 80525

Social Security No.:
   xxx–xx–4772

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Telephone number: 814–536–7470 | Lisa M. Swope<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931<br>Telephone number: 814–472–7151 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
December 4, 2019
09:00 AM
2nd floor, Conference Room 2B, Blair County Courthouse, 423 Allegheny Street, Hollidaysburg, PA 16648

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/23/19                                                                BY THE COURT

                                                                              Jeffery A. Deller
                                                                              Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-70376-JAD
Robin M. Duttry                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: lfin            Page 1 of 2         Date Rcvd: Sep 23, 2019
                            Form ID: rsc          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
```
db              +Robin M. Duttry,    801 E Drake Road, Apt. 100,    Fort Collins, CO 80525-4613
15073922         Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA 17606-5407
15073924         CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
15073925        +Central PA Asthma & Allergy Care,    800 South Logan Blvd, Suite 3200,
                  Hollidaysburg, PA 16648-3050
15073926        +Citibank, N.A.,    1800 Tapo Canyon Road,    Mail Stop #SV-103,   Simi Valley, CA 93063-6712
15073946       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: WebBank/DFS,    1 Dell Way,    Round Rock, TX 78682)
15073927        +DuBois Regional Medical Center,    P.O. Box 447,    Du Bois, PA 15801-0447
15073929        +Fed Loan Serv,    P.O. Box 60610,    Harrisburg, PA 17106-0610
15073932        +PAM, LLC - PA Turnpike,    P.O. Box 1153,    Milwaukee, WI 53201-1153
15073935        +Penn Highlands DuBois,    1605 N. Cedar Crst Blvd Ste 110B,    Allentown, PA 18104-2351
15073933         Penn Highlands DuBois,    P.O. Box 447,    Du Bois, PA 15801-0447
15073936         Penn Highlands Medical Group,    100 Hospital Avenue,    Du Bois, PA 15801-1440
15073937         Penn Highlands Physician Network,    1605 N. Cedra Blvd, Suite 110B,   Allentown, PA 18104-2351
15073938        +Penn Highlands Physician Network,    P.O. Box 16157,    Rocky River, OH 44116-0157
15073940        +Sears Credit Cards,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
15073944       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    P.O. Box 17187,   Baltimore, MD 21297)
15073945        +United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15073947        +Wintrust Mortgage,    9700 W. Higgins Road, Suite 300,    Rosemont, IL 60018-4736
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2019 02:50:09     Pennsylvania Dept. of Revenue,
                   Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                   Harrisburg, PA   17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 02:44:51
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15073923         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 02:44:49
                   Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
15073946         E-mail/PDF: DellBKNotifications@resurgent.com Sep 24 2019 02:44:31      WebBank/DFS,
                   1 Dell Way,   Round Rock, TX 78682
15073928         E-mail/Text: bknotice@ercbpo.com Sep 24 2019 02:50:17     ERC,    P.O. Box 23870,
                   Jacksonville, FL 32241-3870
15073930         E-mail/Text: bkr@cardworks.com Sep 24 2019 02:49:49     Merrick Bank,    P.O. Box 660702,
                   Dallas, TX 75266-0702
15073931        +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 02:50:11     Midland Credit Management, Inc.,
                   2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
15073939         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2019 02:45:13
                   Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
15074610        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:47     Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15073941        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:28     Synchrony Bank/Amazon,
                   P.O. Box 960013,    Orlando, FL 32896-0013
15073942        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:47     Synchrony Bank/JC Penny,
                   P.O. Box 965064,    Orlando, FL 32896-5064
15073943        +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:47     Synchrony Bank/Old Navy,
                   Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 12
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Toyota Motor Credit Corporation
15073934*       +Penn Highlands DuBois,    P.O. Box 447,    Du Bois, PA 15801-0447
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: lfin              Page 2 of 2              Date Rcvd: Sep 23, 2019
                              Form ID: rsc            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Robin M. Duttry thedebterasers@aol.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, PA73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com, PA73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                          TOTAL: 5
```