UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin M. Duttry<br>                    Debtor(s)<br><br>Toyota Motor Credit Corporation<br>                    Movant<br>              v.<br>Robin M. Duttry<br>                    Respondent<br>              and<br>Lisa M. Swope, Trustee<br>                    Additional Respondent | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 19-70376-JAD<br><br>Chapter 7<br><br>Related to Doc. No. 15 |

ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 12th day of November, 2019, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2017 Hyundai Sonata, VIN: 5NPE34AF9HH485728, , in a commercially reasonable manner.

_____
Jeffery A. Deller
United States Bankruptcy Judge

cc: See attached service list:

FILED
11/12/19 6:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Robin M. Duttry
801 East Drake Road, Apt. 100
Fort Collins, CO 80525

Kenneth P. Seitz Esq.
Law Offices of Kenneth P. Seitz
P.O. Box 211
Ligonier, PA 15658
thedebterasers@aol.com

Lisa M. Swope
219 South Center Street (VIA
ECF) P.O. Box 270
Ebensburg, PA 15931

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70376-JAD
Robin M. Duttry                                                         Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: culy                Page 1 of 1              Date Rcvd: Nov 12, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db         +Robin M. Duttry,    801 E Drake Road, Apt. 100,    Fort Collins, CO 80525-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     Kenneth P. Seitz    on behalf of Debtor Robin M. Duttry thedebterasers@aol.com
     Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, jas@nsslawfirm.com
     Lisa M. Swope    lms@nsslawfirm.com, jas@nsslawfirm.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                                                                                                                                  TOTAL: 5