**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Robin M. Duttry** | Social Security number or ITIN  **xxx–xx–4772** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19–70376–JAD**

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin M. Duttry

12/11/19                                                      **By the court:**   Jeffery A. Deller
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 19-70376-JAD
Robin M. Duttry                                                     Chapter 7
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: lfin              Page 1 of 2              Date Rcvd: Dec 11, 2019
                              Form ID: 318            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db             +Robin M. Duttry,    801 E Drake Road, Apt. 100,    Fort Collins, CO 80525-4613
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
15073922        Apex Asset Management, LLC,    P.O. Box 5407,    Lancaster, PA 17606-5407
15073924        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15073925       +Central PA Asthma & Allergy Care,    800 South Logan Blvd, Suite 3200,
                 Hollidaysburg, PA 16648-3050
15073926       +Citibank, N.A.,    1800 Tapo Canyon Road,    Mail Stop #SV-103,    Simi Valley, CA 93063-6712
15073927       +DuBois Regional Medical Center,    P.O. Box 447,    Du Bois, PA 15801-0447
15073929       +Fed Loan Serv,    P.O. Box 60610,    Harrisburg, PA 17106-0610
15073932       +PAM, LLC - PA Turnpike,    P.O. Box 1153,    Milwaukee, WI 53201-1153
15073933        Penn Highlands DuBois,    P.O. Box 447,    Du Bois, PA 15801-0447
15073935       +Penn Highlands DuBois,    1605 N. Cedar Crst Blvd Ste 110B,    Allentown, PA 18104-2351
15073936        Penn Highlands Medical Group,    100 Hospital Avenue,    Du Bois, PA 15801-1440
15073937        Penn Highlands Physician Network,    1605 N. Cedra Blvd, Suite 110B,    Allentown, PA 18104-2351
15073938       +Penn Highlands Physician Network,    P.O. Box 16157,    Rocky River, OH 44116-0157
15073945       +United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15073947       +Wintrust Mortgage,    9700 W. Higgins Road, Suite 300,    Rosemont, IL 60018-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:20:19       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Dec 12 2019 07:43:00       PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15073923        EDI: CAPITALONE.COM Dec 12 2019 07:43:00       Capital One Bank (USA), N.A.,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
15073946        E-mail/PDF: DellBKNotifications@resurgent.com Dec 12 2019 03:12:01       WebBank/DFS,
                 1 Dell Way,    Round Rock, TX 78682
15073928        E-mail/Text: bknotice@ercbpo.com Dec 12 2019 03:20:51       ERC,    P.O. Box 23870,
                 Jacksonville, FL 32241-3870
15073930        E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 12 2019 03:12:43       Merrick Bank,
                 P.O. Box 660702,    Dallas, TX 75266-0702
15073931       +EDI: MID8.COM Dec 12 2019 07:43:00       Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
15073939        EDI: PRA.COM Dec 12 2019 07:43:00       Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                 Norfolk, VA 23541
15073940       +EDI: SEARS.COM Dec 12 2019 07:43:00       Sears Credit Cards,    P.O. Box 6283,
                 Sioux Falls, SD 57117-6283
15074610       +EDI: RMSC.COM Dec 12 2019 07:43:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15073941       +EDI: RMSC.COM Dec 12 2019 07:43:00       Synchrony Bank/Amazon,    P.O. Box 960013,
                 Orlando, FL 32896-0013
15073942       +EDI: RMSC.COM Dec 12 2019 07:43:00       Synchrony Bank/JC Penny,    P.O. Box 965064,
                 Orlando, FL 32896-5064
15073943       +EDI: RMSC.COM Dec 12 2019 07:43:00       Synchrony Bank/Old Navy,    Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15073944        EDI: TFSR.COM Dec 12 2019 07:43:00       Toyota Financial Services,    P.O. Box 17187,
                 Baltimore, MD 21297
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Toyota Motor Credit Corporation
aty*           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
15073934*      +Penn Highlands DuBois,    P.O. Box 447,    Du Bois, PA 15801-0447
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: lfin              Page 2 of 2            Date Rcvd: Dec 11, 2019
                              Form ID: 318            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Robin M. Duttry thedebterasers@aol.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  jas@nsslawfirm.com,
               PA73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,  jas@nsslawfirm.com,PA73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```